767 A.2d 546

Thomas BERKELBAUGH, Appellant,

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS & Pennsylvania Board of Probation & Parole, Appellees.

Supreme Court of Pennsylvania.

Feb. 9, 2001.

## ORDER

PER CURIAM:

**AND NOW,** this 9th day of February, 2001, probable jurisdiction is noted and the order appealed is affirmed.